UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS – CENTRAL DIVISION

FILED
CLERKS OFFICE

2004 AUG 17 P 2:54

| | |
|---|---|
| JOSEPH M. LOSAPIO,<br>    Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br>    Defendant. | C.A. NO.:<br><br>04-40156 |

## NOTICE OF APPEARANCE

Please enter the appearance of James J. Ciapciak, Esquire, as counsel for Metropolitan Life Insurance Company in the above-referenced action.

Defendant,

METROPOLITAN LIFE INSURANCE COMPANY,

By Its Attorneys,

_____
James J. Ciapciak (BBO # 552328)
Joseph R. Daigle (BBO # 564203)
CIAPCIAK & ASSOCIATES, P.C.
99 Access Road
Norwood, MA 02062
(781) 255-7401

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served upon Counsel of Record on August 17, 2004.

_____
James J. Ciapciak