UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS – CENTRAL DIVISION

| | |
|---|---|
| JOSEPH M. LOSAPIO,<br>Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE<br>COMPANY,<br>Defendant. | C.A. NO.: 04-40156 |

### DEFENDANT'S MOTION FOR LEAVE TO FILE A
### REPLY BRIEF IN RESPONSE TO PLAINTIFF'S
### OPPOSITION TO DEFENDANT'S MOTION TO CONSOLIDATE

Defendant, Metropolitan Life Insurance Company ("MetLife"), seeks leave of court to file a short Reply Brief in response to Plaintiff's Opposition to Defendant's Motion to Consolidate.

As grounds for this motion, Defendant states that it seeks to address inaccuracies in Plaintiff's Opposition.

*Wherefore*, Defendant moves for leave to file the attached

Reply Brief.

## LOCAL RULE 7.1 CERTIFICATE OF CONSULTATION

I hereby certify that on ___Aug 27___, I conferred with opposing counsel in an attempt to narrow the issues presented by the underlying Motion.

Defendant,

METROPOLITAN LIFE INSURANCE COMPANY,

By Its Attorneys,

_____
James J. Ciapciak (BBO # 552728)
Joseph R. Daigle (BBO # 564203)
CIAPCIAK & ASSOCIATES, P.C.
99 Access Road
Norwood, MA 02062
(781) 255-7401

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served upon Counsel of Record on ___Aug 30___, 2004.

_____
James J. Ciapciak