UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

JOSEPH M. LOSAPIO )
    Plaintiff )
 )
vs. ) CIVIL ACTION NO.04-40156-FDS
 )
METROPOLITAN LIFE INSURANCE )
COMPANY )
    Defendant )

## PLAINTIFF JOSEPH M. LOSAPIO'S MOTION TO REMAND

Plaintiff Joseph M. Losapio moves to remand the above-entitled action back to the District Court Department, East Brookfield Division, Worcester County, Massachusetts, in view of the fact that the matter in controversy does not exceed Seventy-Five Thousand ($75,000.00) Dollars as outlined in the accompanying Memorandum.

By his attorney,

JOHN F. KEENAN, ESQ.
390 Main Street
Worcester, MA 01608
(508) 791-8181
BBO#264000
Dated: September 23, 2004

### CERTIFICATE OF SERVICE

I, John F. Keenan, hereby certify that on this day I serviced a copy of the foregoing Motion to Remand, by mailing a copy, first class, postage prepaid, to James J. Ciapciak, Esq. and Joseph R. Daigle, Esq. at 99 Access Road, Norwood, MA 02062.

JOHN F. KEENAN, ESQ.

Dated: September 23, 2004