UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Joseph M. Losapio,
    Plaintiff(s)

V.

CIVIL ACTION
NO. 04-40156-FDS

Metropolitan Life Insurance Company,
    Defendant(s)

**SAYLOR, D.J.**

**ORDER FOR REMAND**

In accordance with the Court's allowance of the Motion to remand issued on 12/8/04 it is hereby ORDERED that the above-entitled action be and hereby is REMANDED to the East Brookfield District Court for further proceedings.

By the Court,

DATED: December 9, 2004

/s/ Martin Castles
Deputy Clerk