OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
595 MAIN STREET
WORCESTER, MASSACHUSETTS 01608

TONY ANASTAS
CLERK

508-929-9901

East Brookfield District Court
544E. Main Street
East Brookfield, MA   01515

    Attn:   Clerk

    Re:   Losapio v. Metropolitan Life Insurance, 04-40156

Dear Sir:

    Please be advised that an order to remand in the above-entitled action to your court was entered on 12/9/04 by the Honorable F. Dennis Saylor IV.

    The following documents are included in our file:

    1-16

    Kindly acknowledge receipt of same.

                                Respectfully,

                                TONY ANASTAS
                                Clerk

                                By:

                                Deputy Clerk

    The documents listed above were received by me on 12/14/04
0409CV0226  and assigned the following case number ___

                                By:

                                Deputy Clerk

CERTIFIED MAIL-RETURN RECEIPT REQUESTED